April 01, 2011

Ms. Ida Cecilia Garza
Hole & Alvarez, L.L.P.
612 W Nolana, Suite 370
McAllen, TX 78504
Mr. Fernando G. Mancias
Law Office of Fernando G. Mancias, PLLC
4955 S. Jackson Road
Edinburg, TX 78539

RE: Case Number: 09-0857
 Court of Appeals Number: 13-09-00156-CV
 Trial Court Number: C-364-04-D

Style: JOSE CARRERAS, M.D., P.A.
 v.
 CARLOS FRANCISCO MARROQUIN, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Laura Hinojosa|
| | |
| |Ms. Dorian E. |
| |Ramirez |